JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG NGUYEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; THE NORTHROP GRUMMAN GROUP EMPLOYEE BENEFIT PLANS and DOES 1 THROUGH 10,<br><br>　　　　Defendants. | Case No. LACV11-6989 MWF (FFMx)<br><br>Hon. Michael W. Fitzgerald<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　Based upon the stipulation of the parties and for good cause shown,

　　IT IS HEREBY ORDERED that this action, Case No. LACV11-6989 MWF (FFMx), is dismissed in its entirety as to all defendants, with prejudice.

　　IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: August 20, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Michael W. Fitzgerald
　　　　　　　　　　　　　　　　　　United States District Judge